## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **NATIONAL ROOFING INDUSTRY PENSION PLAN, and NATIONAL ROOFERS & EMPLOYERS UNION JOINT HEALTH & WELFARE FUND,** | Case No. 8:06-CV-575 |
| **Plaintiff(s),** | |
| v. | **ORDER TO EXTEND RULE 26 (a)(1) DEADLINE** |
| **OLSON BROS., INC., and DONALD E. OLSON** | |
| **Defendant(s).** | |

THIS MATTER CAME BEFORE THE COURT on January 18, 2007 upon the Joint Stipulation of Counsel for the parties who agreed to voluntarily extend the Rule 26 disclosure deadline, since there is a possibility the case will be resolved, but not by the deadline of January 16, 2007 for filing Rule 26 Disclosure.

THE COURT FINDS THAT the extension should be granted.

THEREFORE, IT IS ORDERED that the Rule 26 disclosure deadline shall be extended to March 16, 2007.

**DATED January 18, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**