IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL ROOFING INDUSTRY ) <br> PENSION PLAN and NATIONAL ) <br> ROOFERS & EMPLOYERS UNION ) <br> JOINT HEALTH & WELFARE FUND, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OLSON BROS., INC., and ) <br> DONALD E. OLSON, ) <br> ) <br> Defendant. ) | Case No. 8:06CV575 <br><br> **ORDER** |

Upon notice of settlement by the parties' Joint Stipulation to Dismiss with Prejudice (#21),

**IT IS ORDERED:**

1. On or before **July 25, 2007,** the parties shall submit a draft order which will fully dispose of the case to the undersigned at Gossett@ned.uscourts.gov;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for June 25, 2007, is cancelled upon the representation that this case is settled.

Dated: June 25, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge