IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NATIONAL ROOFING INDUSTRY )
PENSION PLAN and NATIONAL )
ROOFERS & EMPLOYERS UNION )
JOINT HEALTH & WELFARE FUND, )        Case No. 8:06CV575
)
          Plaintiff, )
)
     vs. )
)                                       **ORDER OF DISMISSAL**
OLSON BROS., INC., and )
DONALD E. OLSON, )
)
          Defendant. )

     This matter is before the Court on a Joint Stipulation (#21) filed in the above-captioned action requesting that the lawsuit be dismissed, with prejudice, because the parties have agreed to a Settlement Agreement.  The Court, being fully advised in the premises, finds that such an order should be entered.  Accordingly,

     IT IS ORDERED that this action is dismissed, with prejudice, each party to pay their own costs.

     Dated this 25th day of June, 2007.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge


Prepared and submitted by:

Brian J. McGrath (#21567)
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE  68114
Telephone:  (402) 397-7300
ATTORNEYS FOR DEFENDANTS